FILED - GR
January 20, 2023 11:22 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:eod    SCANNED BY: KB 1/20

UNITED STATES OF AMERICA
    Plaintiff

V.

CARLOS VANCE WATTS JR
    DEFENDANT.

CASE NO. 1:11-CR-138

Hon. ROBERT J. JONKER
UNITED STATES DISTRICT JUDGE

DEFENDANT CARLOS VANCE WATTS JR Pro se Motion to Grant Counsel for Compassionate Release 3582(c)(1)(A); § 1B1.13(1)(A) Extraordinary and compelling reasons warrant [a sentence] reduction

UNDER Mich. Comp. Laws 330.1615 Right to legal counsel; appointment of counsel; preferred counsel; compensation of appointed counsel.

(1) A respondent (DEFENDANT) is entitled to be represented by legal counsel.

(4) If the respondent (DEFENDANT) is indigent, the court shall compensate appointed counsel from court funds in an amount which is reasonable and based upon time and expenses.

(5) The supreme court by court rule may establish the compensation to be paid for counsel of indigents and may require that counsel be appointed from a system or organization that serves developmentally disabled or indigent people.

History: 1978, Act 527, Imd. Eff. 12/21/1978

1:11-cr-238
Robert J. Jonker
U.S. District Judge

Carlos V. Watts Jr
1-18-23

CARlos Watts JR #000061804
Newaygo county Jail
1035 E. James St
P.O. Box 845
White cloud MI 49349



GRAND RAPIDS MI  493

18 JAN 2023   PM 6  L

Clerk of courts
United States district court
For the western district of MIchigan
110 MIchigan St N.W
Grand rapids, MI 49503

49503-236399